LAKESHORE LAW CENTER
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

THE SPENCER LAW FIRM
Jeffrey P. Spencer, Esq. (State Bar No. 182440)
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
949-240-8595
949-240-8515 (fax)
jps@spencerlaw.net

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JAMES E. ANDREWS on behalf of himself and all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., and Does 1 through 100 inclusive, <br><br> Defendants. | Case No. <br><br><br><br><br> **Class Action** <br><br> COMPLAINT FOR <br> **1. Violation of the Driver Privacy Protection Act** (18 USC § 2721 et. seq.) |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

### PARTIES

1. Plaintiff JAMES E. ANDREWS, an individual, brings this action on

behalf of himself, and on behalf of a class of similarly situated persons pursuant to Rule 23. Plaintiff is a resident of the State of California and a competent adult.

2. Plaintiff is informed and believes, and thereupon alleges, that Defendant SIRIUS XM RADIO, INC. is now, and at all times mentioned in this Complaint was, a corporation based in New York, New York and doing business in the County of Orange, State of California, and throughout the State of California and United States. Defendant has not designated a principal place of business in the State of California.

3. Plaintiff does not know the true names or capacities of the Defendants sued herein as DOES 1 through 100 inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of these fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those defendants. Each reference in this complaint to "Defendant" or "Defendants" or to a specifically named defendant refers also to all defendants sued under fictitious names.

4. Plaintiff is informed and believes, and thereon alleges, that at all times

herein mentioned each of the Defendants, including all Defendants sued under fictitious names, and each of the persons who are not parties to this action but are identified by name or otherwise throughout this complaint, was the alter ego of each of the remaining defendants, was the successor in interest or predecessor in interest, and was the agent and employee of each of the remaining defendants and in doing the things herein alleged was acting within the course and scope of this agency and employment.

## CLASS ALLEGATIONS

5. Plaintiff is a member of a class of persons, the members of which are similarly situated to each other member of that class. The Class is defined as follows:

> All United States residents who were sent letters by Defendant using "personal information" obtained from motor vehicle records within the meaning of 18 USC § 2725 during the past four years.

6. Plaintiff is informed and believes, and thereupon alleges, that the Main Class Plaintiff represents includes at least 500 persons who were sent letters by Defendant using personal information from motor vehicle records.

7. The identity of the members of the classes is ascertainable from Defendant's own business records or those of its agents.

8. The Plaintiff and Class Members' claims against Defendant involve questions of law or fact common to the Main Class in that they received letters from Defendant which were sent using personal information obtained from motor vehicle records, and Defendant had no permissible purpose for using the personal information.

9. The claims of Plaintiff are typical of the claims of the members of the Class.

10. Plaintiff can fairly and adequately represent the interests of the Class.

**FIRST CAUSE OF ACTION FOR VIOLATION OF THE DRIVER PRIVACY PROTECTION ACT AGAINST ALL DEFENDANTS (BROUGHT AS INDIVIDUAL ACTION AND CLASS ACTION)**

11. Plaintiff incorporates in this cause of action the allegations contained in paragraphs 1 through 10, inclusive.

12. The Driver Privacy Protection Act, 18 U.S. Code § 2721 et. seq., prohibits persons from using "personal information" obtained from a "motor vehicle record" for any use not permitted under 18 USC § 2721 (b).

13. 18 USC § 2725 (3) defines "personal information" as "information that identifies an individual, including an individual's photograph, social security number, driver identification number, name, address (but not the 5-digit zip code), telephone number, and medical or disability

information, but does not include information on vehicular accidents, driving violations, and driver's status."

14. 18 USC § 2725 (1) defines a "motor vehicle record" as "any record that pertains to a motor vehicle operator's permit, motor vehicle title, motor vehicle registration, or identification card issued by a department of motor vehicles."

15. During the class period, Defendant knowingly obtained and used personal information obtained from motor vehicle records to solicit car owners to sign up for Sirius XM radio services. This is not a use permitted under 18 USC § 2721 (b).

16. On January 15, 2017, Plaintiff purchased a 2012 Chevy Equinox from Auto Source in Banning. The prior owner did not have the same name as Plaintiff and did not use Plaintiff's residential or mailing address.

17. Apparently, the previous owner had a lapsed Sirius XM radio account. However, Plaintiff has never had a Sirius XM radio account.

18. Between January 16, 2017 and August 2017, Defendant mailed eight notices to Plaintiff similar to the one attached as Exhibit A. The letters were not dated but they sometimes referenced future "trial periods" that would be available. The letters referenced the previous owner's Sirius XM account number and listed the radio ID number. However, they

5
COMPLAINT

were addressed to Plaintiff (not the previous owner) and mailed to Plaintiff's address (and not the previous owner's address).

19. Plaintiff is informed and believes and thereupon alleges that Defendant can track changes of ownership of vehicles that contain previously activated Sirius XM radios and, in the case of such transfers, Defendant routinely acquires motor vehicle records that identify the new owner and his or her address and phone numbers. Defendant then mails advertisements such as Exhibit A to the new owners.

20. On February 3, 2017, Defendant also called Plaintiff's cellular telephone number and attempted to convince him to sign up for a Sirius XM account.

21. Defendant obtained Plaintiff's name and address, as well as his phone number, from the motor vehicle records, most likely the registration documents submitted to the DMV after he purchased the car.

22. When Plaintiff purchased the vehicle at the dealership, he used his residence address but not his PO Box. However, when Plaintiff filled out the registration forms for the vehicle he used the PO Box as well.

23. Plaintiff was injured when Defendant obtained and used his personal information without his consent and in violation of law.

24. Similarly, Defendant used personal information from motor vehicle

records to mail similar letters and make similar phone calls to the class members.

25. As a proximate result of Defendant's violation of the DPPA, pursuant to 18 USC § 2724, Plaintiff and each class member is entitled to recover actual damages, but not less than liquidated damages in the amount of $2,500.

26. In addition, because Defendant's violations were willful and committed with a reckless disregard of the law, Plaintiff and the Class are entitled to recover punitive damages.

27. Finally, inasmuch as Defendant continues to illegally obtain and use personal information from motor vehicle records to solicit car owners, the Court should enter an injunction prohibiting such conduct.

## **REQUEST FOR JURY TRIAL**

WHEREFORE, Plaintiff requests trial by jury.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment on all causes of action against Defendant as follows:

1. For an order certifying the claims of the Class pursuant to Rule 23 (b)(3);

2. For a declaration of the rights and liabilities of the parties and Class

including a declaration that Defendant's conduct was illegal;

3. For preliminary and permanent injunctive relief pursuant to 18 USC § 2724 (b) (4) restraining and enjoining Defendant from continuing the unlawful acts set forth above and requiring Defendant to take any acts needed to prevent further violations, including destroying the personal information obtained from motor vehicle records;

4. For compensatory damages in the amount of not less than $2,500 per violation;

5. For punitive damages in an amount to be determined;

6. For interest on the sum of money awarded as damages;

7. For reasonable attorney's fees pursuant to 18 USC § 2724 (b) (3).

8. For costs of suit incurred herein; and

9. For such other and further relief as the court may deem proper.

DATED: August 24, 2017

                Respectfully submitted,

By _/s/ Jeffrey Wilens_
JEFFREY WILENS
Attorney for Plaintiff



**NOW get your first 6 months** for ~~$30~~ with subscription. See Offer Details below.

SAVE 68% Currently $15.99/mo.

000057

James Andrews
PO Box ▇
Banning CA ▇

**Subscribe online at siriusxm.com/Go3**

**or call 1-877-646-0439**

Your Radio ID: PH4▇
Account #: 4301▇
2012 Chevrolet Equinox

## We Want You Back!

Dear James Andrews,

There is so much to love on SiriusXM®, and I don't want you to miss out on any of it. So I'm extending a welcome-back offer to former listeners just like you.

Just give us a call or go online and we'll have your radio turned back on in minutes. You'll enjoy over 140 channels with our Select subscription package!

**Come back and enjoy your first 6 months of the Select package for $30 — that's $4.99 per month. Plus, we'll waive the $15 reactivation fee.** See Offer Details below.
*(Current monthly rate is $15.99.)*

**2 Easy Ways to Subscribe Today:**
• Go to **siriusxm.com/Go3**
OR
• Call **1-877-646-0439**

Subscribe and start listening again.

Sincerely,

*Kathy Thomson*

Kathy Thomson
Chief Marketing Officer
SiriusXM Radio

P.S. Save time, subscribe online at **siriusxm.com/Go3** — it's <u>fast</u>, <u>easy</u> and <u>secure!</u>

If you've already contacted SiriusXM to subscribe, please disregard this letter.

**Offer Details:** Activate a semi-annual Select subscription and pay $29.94 for your first 6 months. Fees and taxes apply. Service will automatically renew monthly thereafter (if on credit card) or every 6 months thereafter (if on invoice), and you will be charged according to your chosen payment method at then-current rates. To cancel you must call us at 1-866-635-2349. See our Customer Agreement for complete terms at www.siriusxm.com. All terms, fees and programming subject to change. This offer cannot be combined with any other. Offer good only on your currently inactive radio.

© 2017 Sirius XM Radio Inc. Sirius, XM, SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc. All rights reserved.

EXHIBIT A

85141004-007-00028094

SXM-CRM-LH-POST33-499-6-16
16-7659

SXM_POST33_USD_499

SXM_POST33_630_GEN-3