|   |   |
|---|---|
|   | **JS-6** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ANDREWS on behalf of himself and all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIRIUS XM RADIO INC., and Does 1 through 100 inclusive,<br><br>　　　　Defendants. | EDCV 17-1724 PA (AFMx)<br><br>JUDGMENT |

Pursuant to the Court's January 9, 2018 Minute Order granting the Motion for Summary Judgment filed by defendant Sirius XM Radio Inc. ("Defendant"), which granted summary judgment to Defendant on the claim asserted individually by plaintiff James E. Andrews ("Plaintiff"), and denying Plaintiff's Motion to File First Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's individual action is dismissed with prejudice.

//

//

//

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit. |
| 2 | |
| 3 | DATED: January 9, 2018 |

                                            Percy Anderson
UNITED STATES DISTRICT JUDGE