**LAKESHORE LAW CENTER**
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

**THE SPENCER LAW FIRM**
Jeffrey P. Spencer, Esq. (State Bar No. 182440)
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
949-240-8595
949-240-8515 (fax)
jps@spencerlaw.net

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES E. ANDREWS on behalf himself and all persons similarly situated, | Case No. 5:17-cv-01724-PA-AFMx<br>Complaint filed August 24, 2017<br>Trial Date:<br>Pre-Trial Date: |
| Plaintiff, | Discovery Cutoff:<br>**Class Action** |
| v. | |
| | **NOTICE OF APPEAL** |
| SIRIUS XM RADIO, INC., and Does 1 through 100 inclusive, | |
| | Hearing Date:<br>Department 9A |
| Defendants. | Hon. Percy Anderson |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

     Plaintiff James E. Andrews hereby appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court

(Doc. 54), entered in this case on January 9, 2018, including the order (Doc. 53) granting the motion for summary judgment and denying Plaintiff's Motion for Leave to Amend.

DATED: February 7, 2018

                Respectfully submitted,

            By     ___/s/ Jeffrey Wilens_____

                JEFFREY WILENS
                Attorney for Plaintiff