UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAMES E. ANDREWS, on behalf himself and all persons similarly situated,

        Plaintiff - Appellant,

  v.

SIRIUS XM RADIO, INC. and DOES, 1 through 100, inclusive,

        Defendants - Appellees.

No. 18-55169

D.C. No. 5:17-cv-01724-PA-AFM
U.S. District Court for Central California, Riverside

**MANDATE**

The judgment of this Court, entered August 08, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7